| Oscar Moreau vs. Ovila W. Frechette | No.60778 |

April 30, 1926

BLODGETT, J. Heard upon motion for new trial after verdict for the plaintiff for $12,500.

Action for alienating the affections of the wife of plaintiff.

From the testimony the court feels that there was testimony upon which a jury would be justified in finding a verdict for the plaintiff.

There was little testimony as to the financial situation of the defendant. The verdict was large.

The plaintiff, as appears from the testimony, was a young man, married in 1916, and three children were born from the marriage. The year following the marriage they lived with his mother-in-law, and the plaintiff was an ordinary working man.

The verdict was evidently arrived at from a violent prejudice on the part of the jury against the defendant and was intended to punish him for his conduct. His own testimony was unsatisfactory and unbelievable.

It is difficult for the court to measure damages in such a case. There is nothing in the testimony which assists in the matter. The defendant was carrying on a small business as a pharmacist and also interested in manufacturing tennis rackets.

Motion for new trial denied.

For Plaintiff: T. L. Carty.

For Defendant: J. E. Brennan.